AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**07-613**

Rashid A. Ali
_____
Plaintiff

V.

Scott Kasprenski, et al
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _____

I, Rashid Ali _____ declare that I am the PLAINTIFF

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  (Yes)    to Question 2)

    If "YES" state the place of your incarceration  Delaware Correctional Center, Delaware

    Inmate Identification Number (Required):  00176898

    Are you employed at the institution? Yes  Do you receive any payment from the institution? Yes

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  Yes at the Institution (See attached)

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. DCC, 1181 Paddock Rd, Smyrna, DE 19977 (Averge month $64⁻).
    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     · · Yes    · · (No)
    b. Rent payments, interest or dividends              · · Yes    · (No)
    c. Pensions, annuities or life insurance payments    · · Yes    · (No)
    d. Disability or workers compensation payments       · · Yes    · (No)
    e. Gifts or inheritances                             · · Yes    · · (No)
    (f.) Any other sources                               · · Yes    · · (No)

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ·· Yes   ·· ~~No~~ *(No circled)*

   If "Yes" state the total amount $ ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ·· Yes   ·· ~~No~~ *(No circled)*

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   N/A

I declare under penalty of perjury that the above information is true and correct.

9-27-2007                    *Rashid A. Ali* (signature)
_____                  _____
DATE                         SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF DELAWARE  )
                   ) SS
COUNTY OF New Castle )

AFFIDAVIT OF: RASHID ALIE
DATED: _____

## AFFIDAVIT

I, RASHID ALIE, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in OCC Prison located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

1. Affiant swears that the information disclosed in his Application to Proceed Without Prepayment of Fees is true and correct.

Affiant: _____
              Signature

RASHID ALI
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 200_.

My Commission Expires:                    _____
                                          Notary Pnblic

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*07-613*

TO: Rashid Anu Ali   SBI#: 176898

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: September 6, 2007

Attached are copies of your inmate account statement for the months of March 1, 2007 to August 31, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 9.77 |
| april | 34.82 |
| May | 31.32 |
| June | 19.91 |
| July | 15.83 |
| aug | 10.91 |

Average daily balances/6 months: 20.43

Attachments
CC: File

Stacy Shane 9/6/07

Jeanette L Hawf 9/4/07

Date Printed: 9/6/2007

**Individual Statement**
**From March 2007 to August 2007**

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00176898 | Amir Ali | Rashid | | | Beginning Month Balance: | $1.29 |
| Current Location: | W1 | | | | Ending Month Balance: | $0.06 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2007 | $70.08 | $0.00 | $0.00 | $71.37 | 394519 | | PI 1/24-2/23/07 | |
| Pay-To | 3/1/2007 | ($30.00) | $0.00 | $0.00 | $41.37 | 395227 | | MS GLORIA POWELL | |
| Pay-To | 3/2/2007 | ($10.00) | $0.00 | $0.00 | $31.37 | 395673 | | MASJID MUHAMMAD | |
| Canteen | 3/7/2007 | ($19.02) | $0.00 | $0.00 | $12.35 | 397583 | | | |
| Canteen | 3/14/2007 | ($10.03) | $0.00 | $0.00 | $2.32 | 400360 | | | |
| Canteen | 3/21/2007 | ($2.14) | $0.00 | $0.00 | $0.18 | 403155 | | | |
| Misc Wage | 4/2/2007 | $75.79 | $0.00 | $0.00 | $75.97 | 407980 | | PI 2/24-3/23/06 | |
| Canteen | 4/4/2007 | ($25.87) | $0.00 | $0.00 | $50.10 | 410208 | | | |
| Pay-To | 4/5/2007 | ($8.00) | $0.00 | $0.00 | $42.10 | 411574 | | MASJID MUHAMMAD | |
| Mail | 4/9/2007 | $20.00 | $0.00 | $0.00 | $62.10 | 411867 | 0607553577 | . | G FIELDS |
| Canteen | 4/11/2007 | ($12.09) | $0.00 | $0.00 | $50.01 | 412992 | | | |
| Canteen | 4/18/2007 | ($9.80) | $0.00 | $0.00 | $40.21 | 416442 | | | |
| Pay-To | 4/19/2007 | ($30.00) | $0.00 | $0.00 | $10.21 | 417423 | | MS GLORIA POWELL | |
| Medical | 4/20/2007 | $0.00 | ($8.00) | $0.00 | $10.21 | 417597 | | 4/18/07 | |
| Medical | 4/20/2007 | ($8.00) | $0.00 | $0.00 | $2.21 | 417963 | | 4/18/07 | |
| Mail | 4/26/2007 | $25.00 | $0.00 | $0.00 | $27.21 | 420226 | 49874209550 | | T MUHAMMAD |
| Misc Wage | 5/1/2007 | $77.11 | $0.00 | $0.00 | $104.32 | 421024 | | PI 3/24-4/24/07 | |
| Canteen | 5/2/2007 | ($22.60) | $0.00 | $0.00 | $81.72 | 423194 | | | |
| Canteen | 5/9/2007 | ($15.41) | $0.00 | $0.00 | $66.31 | 426251 | | | |
| Pay-To | 5/10/2007 | ($25.00) | $0.00 | $0.00 | $41.31 | 427188 | | MS GLORIA POWELL | |
| Pay-To | 5/11/2007 | ($10.00) | $0.00 | $0.00 | $31.31 | 427418 | | MASJID MUHAMMAD | |
| Canteen | 5/15/2007 | ($19.98) | $0.00 | $0.00 | $11.33 | 428503 | | | |
| Pay-To | 5/18/2007 | ($6.00) | $0.00 | $0.00 | $5.33 | 430182 | | MASJID MUHAMMAD | |
| Canteen | 5/23/2007 | ($5.22) | $0.00 | $0.00 | $0.11 | 431966 | | | |
| Misc Wage | 6/1/2007 | $85.15 | $0.00 | $0.00 | $85.26 | 435803 | | PI 4/24-5/23/07 | |
| Misc Wage 1099 | 6/1/2007 | $5.00 | $0.00 | $0.00 | $90.26 | 435973 | | BASKETBALL 4/24-5/ | |
| Pay-To | 6/1/2007 | ($30.00) | $0.00 | $0.00 | $60.26 | 436137 | | MS GLORIA POWELL | |
| Canteen | 6/6/2007 | ($21.82) | $0.00 | $0.00 | $38.44 | 439597 | | | |
| Pay-To | 6/8/2007 | ($10.00) | $0.00 | $0.00 | $28.44 | 440781 | | MASJID MUHAMMAD | |
| Canteen | 6/13/2007 | ($4.25) | $0.00 | $0.00 | $24.19 | 442178 | | | |
| Pay-To | 6/15/2007 | ($20.00) | $0.00 | $0.00 | $4.19 | 443932 | | MS GLORIA POWELL | |

# Individual Statement
## From March 2007 to August 2007

Date Printed: 9/6/2007

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00176898 | Amir Ali | Rashid | | | Beginning Month Balance: | $1.29 | |
| Current Location: | W1 | | | | Ending Month Balance: | $0.06 | |

Comments:

Page 2 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/20/2007 | ($3.50) | $0.00 | $0.00 | $0.69 | 445318 | | | |
| Misc Wage | 7/2/2007 | $70.42 | $0.00 | $0.00 | $71.11 | 450112 | | PI 5/24-6/23/07 | |
| Pay-To | 7/2/2007 | ($5.65) | $0.00 | $0.00 | $65.46 | 450598 | | MASJID MUHAMMAD | |
| Canteen | 7/5/2007 | ($43.28) | $0.00 | $0.00 | $22.18 | 452012 | | | |
| Canteen | 7/11/2007 | ($15.46) | $0.00 | $0.00 | $6.72 | 454996 | | | |
| Visit | 7/16/2007 | $35.00 | $0.00 | $0.00 | $41.72 | 456510 | 5646995143-01987 | | C POWELL |
| Canteen | 7/18/2007 | ($38.61) | $0.00 | $0.00 | $3.11 | 458051 | | | |
| Misc Wage | 8/1/2007 | $74.25 | $0.00 | $0.00 | $77.36 | 463337 | | PI 6/24-7/23/07 | |
| Canteen | 8/1/2007 | ($12.45) | $0.00 | $0.00 | $64.91 | 465117 | | | |
| Pay-To | 8/2/2007 | ($55.00) | $0.00 | $0.00 | $9.91 | 465563 | | MS GLORIA POWELL | |
| Misc Wage 1099 | 8/2/2007 | $12.00 | $0.00 | $0.00 | $21.91 | 466502 | | JULY 4TH ACTIVITIE | |
| Canteen | 8/8/2007 | ($8.41) | $0.00 | $0.00 | $13.50 | 468183 | | | |
| Canteen | 8/15/2007 | ($6.81) | $0.00 | $0.00 | $6.69 | 471893 | | | |
| Canteen | 8/22/2007 | ($6.63) | $0.00 | $0.00 | $0.06 | 475533 | | | |

Ending Month Balance: $0.06

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00