Rashid Ali
SBI #176898
DCC, W-1
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of Court
Re: Rashid v. Kasprinski, et al, CA No. 07-613-SLR

Mr. Dalleo:

On 10-17-07, the above complaint was assigned to the Honorable Sue L. Robinson. Also, my informa pauperis motion was granted and I have made the requisite filing fee payments. To date however, I have received no direction to serve the defendants to this action. I am hoping to be informed of the current status of my complaint and if I may execute service of process on the defendants?

Also, please provide me with a Magistrate Agreement form so that I may agree to the use of a magistrate in this action.

Thank you for your time and consideration in this matter.

Respectfully,

*Rashid A. Ali*      2-14-2008
Rashid Ali              Date

FILED
FEB 19 2008
DISTRICT COURT

I/M Rashid A. Ali
SBI# 00176898 Unit W-1 Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 FEB 2008 PM 1 T

Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570