

Rashid A. Ali #00176898
Delaware Correctional Center
1181 Paddock, Rd.
Smyrna, Delaware
19977

U.S. District Court
Office of The Clerk

I'm writing your office about my partial filing fee, I didn't receive my partial filing fee receipt for payment for the month of April, The date that the check was sent out was April 11, 2008. The business office here in the institution, is saying That they sent a check to The office of The Clerk for $20.50 was sent to The U.S. District Court, The office of The Clerk, If your office didn't receive a check from this institution, can your office let me no That your office, didn't receive a check so that I can let The business office no That your offices didn't receive a check dateing April 11, 2008, my case number is 1:07-cv-613 SLR, case name is Ali v. Kasprenski et al, can your office send me a copy of a letter saying That your didn't receive a check.

Thank you,
Rashid A. Ali.

IM Rashid A. Ali.
SBI# 00176878 UNIT W-1 Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of The CLERK
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570