OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 7, 2008

TO:

**Rashid A. Ali**
SBI# 176898
Delaware Correctional Center
1181 Paddock Road
Smyra, DE 19977

```
        RE:   STATUS OF PARTIAL FILING FEE PAYMENT
              CA 07-613 SLR
```

Dear Mr. Ali:

   This is in response to your letter received 5/6/08 requesting the status of your partial filing fee payment for April 2008.  Enclosed please find a balance sheet indicating your filing fee payment was received on 4/15/08.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                                    PETER T. DALLEO
                                        CLERK


cc:  Honorable Sue L. Robinson
enc: Balance Sheet