Rashid A. Ali
SBI #176898, W-1
DCC Prison
1181 Paddock Rd
Smyrna, DE 19977
June 18, 2008

Clerk of the District Court
RE: Ali v. Kasprenski, et al, Ca. No. 07-613-SLR

Clerk:

On or about 04-04-2008, I plaintiff Ali remitted the initial filing fee/payment regarding the above captioned case.

Also, several months ago I filed with this office the necessary Marshall Forms, however, I have not been informed whether the Court received the initial filing fee and/or whether my Marshal Forms were being processed (i.e. service of process executed on the defendants).

Consequently, could you please inform me of the status of my action and whether the marshal forms have been forwarded to the Marshal's Service for execution of service of process?

Thank you for your time and consideration in this matter.

*Rashid A. Ali* (signature)

Rashid A. Ali



FILED
JUN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Bashid A. Ali
SBI# 00176898   UNIT W-1 Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
X-R-A-Y

WILMINGTON DE 19
20 JUNE 2008 PM 2

(Office of the Clerk)
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570