OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

June 23, 2008

TO:

**Rashid A. Ali**
SBI# 176898
Delaware Correctional Center
1181 Paddock Road
Smyra, DE 19977

    **RE:  STATUS OF FILING FEE PAYMENT AND SERVICE OF PROCESS
        CA 07-613 SLR**

Dear Mr. Ali:

    This is in response to your letter received 6/23/08 requesting the status of your case. Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    A copy of the docket sheet has been enclosed in response to your request for the status of receipt of payments and the status of service by the U.S. Marshal.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                 Sincerely,

/rwc                                         PETER T. DALLEO
                                            CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet