IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RASHID A. ALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-613-SLR |
| | ) |
| SCOTT KASPRENSKI, RALPH BAILEY | ) |
| and JOHN BARLOW | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of August, 2008,

IT IS ORDERED that, on or before **September 22, 2008**, plaintiff shall show cause why defendant Scott Kasprenski should not be dismissed from the above captioned action for failure to provide sufficient information to effectuate timely service of process on said defendants pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter.  FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT FROM THIS ACTION.

_____
United States District Judge